Rel: June 7, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0963

Matthew Sherman Phillips v. St. Clair County; St. Clair County Sheriff Billy Murray; St. Clair County Chief Clerk Cyndi Stefaniak; St. Clair Circuit Clerk of Court Kathryn Burke; Town of Ragland; Town of Ragland Mayor Richard Burt; and Town of Ragland Clerk Penny Owen. (Appeal from St. Clair Circuit Court: CV-23-49).

COOK, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Stewart, JJ., concur.